## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **SELECTIVE INSURANCE COMPANY OF SOUTH CAROLINA,**<br><br>*Plaintiff,*<br><br>v.<br><br>**KS AUTOMOTIVE, LLC d/b/a KS AUTOMOTIVE, et al.,**<br><br>*Defendants.* | **Case No. 2:25-cv-02985-JDW** |

## <u>ORDER</u>

**AND NOW**, this 8th day of December, 2025, upon consideration of Plaintiff Selective Insurance Company Of South Carolina's Motion For Default Judgment Against All Defendants (ECF No. 13), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that, pursuant to Federal Rule of Civil Procedure 55(b)(2), Plaintiff's Motion is **GRANTED**.

It is **FURTHER ORDERED** that **JUDGMENT** is **ENTERED** in favor of Plaintiff Selective Insurance Company Of South Carolina. Pursuant to the Declaratory Judgment Act, 28 U.S.C. § 2201, it is **DECLARED** that Selective Insurance Company Of South Carolina has no duty to defend or indemnify in the action styled *Haley v. Colson, et al.*, No. 2025-03133 (Chester Cty. Com. Pl.).

**BY THE COURT:**

/s/ Joshua D. Wolson
_____
JOSHUA D. WOLSON, J.